IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GINGER DANIEL, LAJUANA RICE, and MAEGAN MCCLAIN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GEICO CHOICE INSURANCE COMPANY, | ) ) |
| Defendant. | ) Civil Action No. 5:16-CV-163-C |

## ORDER OF DISMISSAL

The Court having considered the Stipulation of Dismissal filed May 5, 2017,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated this _8th_ day of May, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE